Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**FILED**

**02/22/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No.  1:23-cv-00326-SEB-TAB

_____

*(to be filled in by the Clerk's Office)*

CARMEN GREEN

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

SMART CARE SOLUTIONS, HENRY LEES-BUCKLEY, JASON COCCO, MIKE LICHTFUSS, LAURA WEISS, SHAWN MUEHLHEUSER,

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   | | |
   |---|---|
   | Name | CARMEN GREEN |
   | Street Address | 10254 TOLL HOUSE WAY |
   | City and County | FISHERS, HAMILTON |
   | State and Zip Code | INDIANA 46037 |
   | Telephone Number | 317-519-2399 |
   | E-mail Address | zamariascastle@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | HENRY LEES-BUCKLY |
| Job or Title *(if known)* | CEO |
| Street Address | 370 WABASH ST N |
| City and County | ST PAUL |
| State and Zip Code | MD, 55102 |
| Telephone Number | 612-509-4657 |
| E-mail Address *(if known)* | henry.leesbuckly@smartcaresolutions.com |

Defendant No. 2

| | |
|---|---|
| Name | JOEL LEHMAN |
| Job or Title *(if known)* | PRESIDENT |
| Street Address | 370 WABASH ST N |
| City and County | ST PAUL |
| State and Zip Code | MD, 55102 |
| Telephone Number | 630-878-3942 |
| E-mail Address *(if known)* | joel.lehman@smartcaresolutions.com |

Defendant No. 3

| | |
|---|---|
| Name | BILL EMORY |
| Job or Title *(if known)* | CHIEF EXECTUIVE |
| Street Address | 370 WABASH ST N |
| City and County | ST PAUL |
| State and Zip Code | MD, 55102 |
| Telephone Number | |
| E-mail Address *(if known)* | bill.emory@smartcaresolutions.com |

Defendant No. 4

| | |
|---|---|
| Name | GYNER OZGUL |
| Job or Title *(if known)* | COO |
| Street Address | 370 WABASH ST N |
| City and County | ST PAUL |
| State and Zip Code | MD, 55102 |
| Telephone Number | 630-878-3942 |
| E-mail Address *(if known)* | gyner.ozgul@smartcaresolutions.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | JASON COCCO |
| Job or Title *(if known)* | CHIEF REVENUE OFFICER |
| Street Address | 370 WABASH ST N |
| City and County | ST PAUL |
| State and Zip Code | MD, 55102 |
| Telephone Number | 773-710-3151 |
| E-mail Address *(if known)* | jasoncocco@smartcaresolutions.com |

Defendant No. 2

| | |
|---|---|
| Name | MIKE LICHTFUSS |
| Job or Title *(if known)* | CHIEF PEOPLE OFFICER |
| Street Address | 370 WABASH ST N |
| City and County | ST PAUL |
| State and Zip Code | MD, 55102 |
| Telephone Number | 612-509-4540 |
| E-mail Address *(if known)* | mikelichtfuss@smartcaresolutions.com |

Defendant No. 3

| | |
|---|---|
| Name | LAURA WEISS |
| Job or Title *(if known)* | VP OF HUMAN RESOURCES |
| Street Address | 370 WABASH ST N |
| City and County | ST PAUL |
| State and Zip Code | MD, 55102 |
| Telephone Number | 651-324-8583 |
| E-mail Address *(if known)* | lauraweiss@smartcaresolutions.com |

Defendant No. 4

| | |
|---|---|
| Name | SHAWN MUEHLHEUSER |
| Job or Title *(if known)* | HR INVESTIGATOR |
| Street Address | 370 WABASH ST N |
| City and County | ST PAUL |
| State and Zip Code | MD, 55102 |
| Telephone Number | 612-509-4643 |
| E-mail Address *(if known)* | shawnmuehlheuser@smartcaresolutions.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | CATHY WOLF |
| Job or Title *(if known)* | MANAGER |
| Street Address | 11973 EXIT PKWY 5 |
| City and County | FISHERS, MARION |
| State and Zip Code | INDIANA, 46037 |
| Telephone Number | 317-694-1347 |
| E-mail Address *(if known)* | cathywolf@smartcaresolutions.com |

Defendant No. 2

| | |
|---|---|
| Name | MARION BALASZEK |
| Job or Title *(if known)* | LEAD |
| Street Address | 11973 EXIT PKWY 5 |
| City and County | FISHERS, HAMILTON |
| State and Zip Code | INDIANA, 46037 |
| Telephone Number | 317-710-4306 |
| E-mail Address *(if known)* | marionbalazek@smartcaresolutions.com |

Defendant No. 3

| | |
|---|---|
| Name | SHANE MCELYEA |
| Job or Title *(if known)* | LEAD |
| Street Address | 11973 EXIT PKWY 5 |
| City and County | FISHERS, HAMILTON |
| State and Zip Code | INDIANA, 46037 |
| Telephone Number | 317-577-9154 |
| E-mail Address *(if known)* | shanemcelyea@smartcaresolutions.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | shawnmuehlheuser@smartcaresolutions.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | SMART CARE SOLUTIONS |
| Street Address | 11973 EXIT PARK WAY |
| City and County | FISHERS, HAMILTON |
| State and Zip Code | INDIANA, 46037 |
| Telephone Number | 317-606-9845 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

1ST AMENDMENT, 14TH AMENDMENT,

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*:    I HAD DOCTOR APPOINTMENTS TO BE PLACED ON A HEAT MONITOR.MAKIN THIS A ISSUE.

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

8/15/2022

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race    ~~WHITE~~ Black
- ☐ color
- ☒ gender/sex    FEMALE/ ~~MALE~~
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

PLEASE SEE ATTACHMANTS.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

8/16/2022

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☒   issued a Notice of Right to Sue letter, which I received on *(date)*   1/20/2023   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☒   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Party involved

(1)Cathy Wolf (lead supervisor over CSA team)

Cathy.wolf@smartcareequipmentsolutions.com

W/C 317-606-9845

© 317-694-1347

(2) Marion Balaszek ( lead CSA)

marionbalaszek@smartcareequipmentsolutions.com

317-701-4306

(3) Shane McElyea

shanemcelyea@smartcareequipmentsolutions.com

317-577-9154

(4) Shawn Muehlhauser ( Human Resources)

shawnmuehlheuser@smartcareequipmentsolutions.com

370 Wabasha St. N

St. Paul, MN 55102

612-5059-4643

worked for Smart Care equipment solutions.

My boss Cathy wolf told me in a meeting that she would make me a better person and better employee. When I confronted her and told her that this was racially bias, and discriminatory as well as disrespectful. retaliating against me making my workplace very hostile, unhealthy, and unsafe. I then reported her too her boss, and the bullying got worse.

Now two other employees Marion Balaszek, and Shane McElyea has made false statements against me. These two employees are up a promotion and Cathy is Helping them.

In a meeting on yesterday 8/15/2022, with my boss Cathy wolf and a bias employee Juan. I was confronted in a disrespectful, bias, and discriminatory way. I felt bullied, and I felt unsafe. I hardly spoke in the meeting because I knew that she would try to use it against me.

She tried to write me up yesterday 8/15/2022, that I made a statement that I want the EEOC to review it. This seems to make her very mad.

I also heard her make another racist derogatory remark about another African American woman who is out on sick leave. Cathy Wolf stated: now there letting "them" work from home; I thought this is why we were firing people.

When I asked her for a printout of the write-up she then writes to HR and say "she" like them people" want a copy of the write-up.


I believe two reasons.

Too I believe the other reason is medical discrimination because I am on a heart monitor because of the stress that she causes me daily, and the toxic, hostile, unsafe and unhealthy work environment that herself, and two other employees has caused me over the last month or so.

I last week asked my boss for HR information because I was going to report her to HR. Then all of a sudden, this week she tries to write me up citing all these false allegations against me.

I reached out to HR sent them an email.

As of 8/22/2022 I let HR, and Cathy Wolf know that they would be violating my legal constitutional right as a united states citizen by trying to force me to continue to speak with Cathy Wolf, Shane McElyea, and Marion Balaszek. I am legal consenting adult and I have rights just like everyone else in the world. I will ask for HR Shawn Muehlheuser and Cathy Wolf boss information again. Its my legal right to talk to and not talk to anyone I do or don't want to. I have voice recordings of two of the conversations with HR Shawn. My boss Cathy Wolf told me I didn't have the right to record any of our encounters. Witch is a violation of "Indiana one party consent law". Please see attachment letter. There are serval emails back in forth between me, and Cathy Wolf and Shawn Muehlheuser.

Thank You

Carmen Green

8/21/2022

HR doesn't seem to do any better it's almost as if they agree with her because she is white.

As of 8/17/2022 I am still being bullied on the job by my boss as well as these two same employees Shane and Marion. They also have been logging me out of my computer which making it unable for me to perform my job duties. I have informed my boss Cathy wolf as well as HR a lady by the name of Sean that I'm unsafe speaking with Marion, Shane, and Cathy wolf given the recent circumstances. Circumstances that she alleged happen back on June 27, 2022

As of 8/17/2022
I have a recording of my conversation with HR a lady by the name of Shawn. She basically sided with them. Because  you going to overhear her saying just listen to them citing in a way like I was not.

You can also hear her ignore the statement that I made to her in reference to my boss making a racist, disrespectful, and discriminating comment towards me. What she diverges the conversation and ignored it.

I have messages back and forth on my work computer that I'm unable to get those messages off because I'm unable to print with my work computer.

As of 8/19/2022
HR Shawn Muehlheuser
Indicated to me that I still have to engage with these people who calls me distress and place me in a toxic, hostile, and unsafe environment. It seemed like in a sense she cited if I do not comply that I would be terminated. I have asked for Shawn Muehlheuser 's supervisor information and still haven't received it.  I've also asked for Cathy wolf supervisor information and still haven't received it.

I explained to them by trying to make me engage with employees who placed me in a toxic hostile bullying environment and made me feel unsafe at work that I am a consenting adult. It's my constitutional right to protect myself from people who want to use misleading,  deceitful words against me to try and get me terminated. I also indicated to HR Shawn, but she cannot make me speak with them if I choose not to. It's my legal constitutional right and she has no right to violate that her or Cathy wolf.

Hello,

My name is Carmen Green, and as of 8/2022 I will no longer engage with Marion Balaszek, and Shane McElyea. I will have limited engagement with Cathy Wolf all communication will take place through email and or on Teams. It is my legal constitutional right as a consenting adult not to speak with them. It is also my legal constitutional right to stop all communication with employees or person(s) that has placed myself in a bullying, hostile unhealthy, and unsafe work environment. In this case Cathy Wolf, Marion Balaszek, and Shane Mcelyea has already portrayed this my comments that were made to me, and or about me that placed me in this Mental unhealthy, and mental unsafe environment in the wok place. I have asked several times that I not speak to them, and that they cut off all communication to me. This was gravely disregarded on multiple occasions. This violates my constitutional Rights as a United state citizen.

It's my right to work, and live in a safe, and healthy environment at all times. The recent events that have transpired  has made my work environment unsafe, unhealthy, toxic, and hostile which is a form of bullying. The fact that I am being made to speak to person or person(s) violates several of my rights.

As of 8/22/2022 , Shane McElyea, and Marion Balaszk will not have any communion with myself as I don't feel safe, and I will not have any communications with them.  As a legal consenting adult, I have the legal right to take these stands at this time in my place of employment giving what has happened.  I don't feel safe talking to Cathy Wolf, and all her stands that she has continue to approach me with.

I has asked that I have someone safe to talk to when it comes to my job so that I can do my job effetely this has also been gravely disregarded. I have tried to do my job effetely, but this has made it very hard for me to do so.

At this time, I am requestioning a meeting with Cathy Wolf, and Shawn Muehlheuser bosses to find a better, and legal resolution that places me in a less bullying, hustle, and less toxic work environment.


Thank You


Carmen Green

8/21/2022

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I AM ASKING FOR MEDIATION OR $500,000 FOR LOST OF WAGES, SEVERE PAIN, AND ANGRISH.I STARED TO HAVE CHEST PAIN AND HAD A HARD TIME SLEEPING AT NIGHT. I WAS EVEN ON A HEART MONTOR FOR 30DAYS BECAUSE OF ALL THE STRESS WORKING IN THIS HOSTILE WORK ENVIRONMENT. THEN HR RETAILATED AGAINST ME BY FIRING ME. I AM STILL HAVING SOME SLEEPLESS NIGHTS. THE BASIS OF BEING TREATED DIFFERENTLY FROM MY WHITE COUNTER PARTS. NOT BEING BELIEVED BECAUSE OF MY RACE. PLEASE SEE ATTACHMENTS. WHEN I STOOD UP FOR MYSELF, I WAS LABLED "AGGRESSIVE" BY MY BOSS AND HR.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          2/17/2023

Signature of Plaintiff          _____

Printed Name of Plaintiff    CARMEN GREEN

### B.   For Attorneys

Date of signing:          _____

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number               _____

Name of Law Firm         _____

Street Address            _____

State and Zip Code        _____

Telephone Number         _____

E-mail Address            _____